IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00121-RPM

DUANE WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, in his official and individual capacities,
DOUGLAS WILKINSON, in his official and individual capacities,

    Defendants,

---

## ORDER GRANTING MOTION TO AMEND COMPLAINT

    Upon consideration of the Motion to Amend Complaint [9], filed on March 27, 2009, it is

    ORDERED that the motion is granted and the Amended Complaint and Jury Demand tendered as Document #10 is accepted for filing.

    Dated: March 30th, 2009

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge