IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

      Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, in his official and individual capacities,
DOUGLAS WILKINSON, in his official and individual capacities,

      Defendants,

_____

ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

After review of the Unopposed Motion to Modify Scheduling Order, filed June 19, 2009 [17],

it is

ORDERED that the motion is granted and the Scheduling Order [8] entered March 25, 2009

is modified to reflect an expert designation deadline of June 26, 2009.

Dated:  June 19th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge