IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

      Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, in his official and individual capacities,
DOUGLAS WILKINSON, in his official and individual capacities,

      Defendants,

---

## ORDER EXTENDING DEADLINES

Upon consideration of the Unopposed Motion to Modify Scheduling Order [24], it is

ORDERED that the Rebuttal Expert Deadline is extended to and including August 28, 2009, and the Discovery Cut-off Date is extended to and including October 13, 2009.

Dated:  August 14th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge