IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

     Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, in his official and individual capacities,
DOUGLAS WILKINSON, in his official and individual capacities,

     Defendants,

---

## ORDER EXTENDING DEADLINE

Upon consideration of the Unopposed Motion to Modify Scheduling Order [27], it is

ORDERED that the motion [27] to modify Scheduling Orders ([8] and [25]) is granted and the Expert Designation Deadline is extended to and including November 13, 2009.

Dated: August 31st, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge