IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, and
DOUGLAS WILKINSON,

    Defendants,

---

## ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of Plaintiff's Unopposed Motion to Amend the Scheduling Order [29], it is

ORDERED that the motion is granted and the discovery cut-off date is extended to and including November 12, 2009.

Dated: October 1st, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge