IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

      Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, and
DOUGLAS WILKINSON,

      Defendants,

## ORDER SETTING TRIAL DATE

Pursuant to the Calendar Call today, it is

ORDERED that this matter is set for trial to jury on **May 10, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: October 2nd, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          Richard P. Matsch, Senior District Judge