IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

  Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, and
DOUGLAS WILKINSON,

  Defendants,

ORDER SETTING PRETRIAL CONFERENCE

  Pursuant to the Calendar Call today, it is

  ORDERED that a pretrial conference is scheduled for **April 16, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 8, 2010.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

  Dated: October 2nd, 2009

              BY THE COURT:

              s/Richard P. Matsch
              _____
              Richard P. Matsch, Senior District Judge