IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

      Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, and
DOUGLAS WILKINSON,

      Defendants,

---

ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

---

      Upon consideration of the Unopposed Motion to Modify Scheduling Order [35], it is

      ORDERED that the dispositive motion deadline is extended to and including November 13, 2009.

      Dated: October 30, 2009

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge