IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00121-RPM

DUANE WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, and
DOUGLAS WILKINSON,

    Defendants,

---

ORDER DENYING DEFENDANTS' COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT

---

On November 13, 2009, the defendants filed a Combined Motion for Partial Summary Judgment, seeking dismissal of plaintiff's claim under 42 U.S.C. § 1983 based on *Heck v. Humphrey*, 512 U.S. 477 (1994); dismissing claims under the Fourteenth Amendment and dismissing the claim against the City under the doctrine of *respondeat superior.*  The motion has been fully briefed.  The plaintiff's guilty plea to a third degree assault charge and a resisting arrest charge without a statement of admitted facts does not invoke the *Heck v. Humphrey* doctrine.  The excessive force claim is not precluded by the plea.  The plaintiff's § 1983 claim is based on the Fourth Amendment which is made applicable to the defendants under the Fourteenth Amendment and the references to the Fourteenth Amendment are, therefore, not allegations of a claim separate from the Fourth Amendment.  While the plaintiff has referred to *respondeat superior*, the claims against the City of Aurora are based on the failure to train and discipline police officers and constitute a separate and independent claim against the City.  For these reasons, it is

ORDERED that the motion is denied.

Dated: December 29th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge