IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00121-RPM

DUANE WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,
MICHAEL MINISINI, and
DOUGLAS WILKINSON,

    Defendants,

---

## ORDER DISMISSING DEFENDANTS MINISINI AND WILKINSON

Pursuant to the Stipulated Motion for Dismissal with Prejudice of All Claims Against Defendants Minisini and Wilkinson, and to Amend Caption [49], it is

ORDERED that the motion is granted and all claims against Defendants Michael Minisini and Douglas Wilkinson are dismissed with prejudice, each party to pay their own attorneys' fees and costs, and the case caption will be amended to more accurately reflect the parties involved in this case.

Dated: April 20, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge