IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00121-RPM

DUANE WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,

    Defendant,

---

ORDER DISMISSING DEFENDANT CITY OF AURORA

---

Pursuant to the Stipulated Motion for Dismissal with Prejudice of All Claims Against Defendant City of Aurora [51], it is

ORDERED that the motion is granted and all claims against Defendant City of Aurora are dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: April 21st, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge